# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| COLLEEN BARBARITA, et al., | ) | Case No. 2:18-cv-00373-JCM-NJK |
| Plaintiff(s), | ) | ORDER |
| v. | ) | (Docket No. 20) |
| BANK OF AMERICA, N.A., et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to withdraw as counsel for Plaintiffs Colleen and Kevin Barbarita. Docket No. 20. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on September 6, 2018, in Courtroom 3B. Plaintiffs shall appear in person. Plaintiffs' current counsel and any newly retained counsel shall appear in person. No later than August 24, 2018, Plaintiffs' current counsel shall serve them with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than August 30, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

DATED: August 23, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge