1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN BARBARITA, et al., ) | |
| ) | Case No. 2:18-cv-00373-JCM-NJK |
| Plaintiffs, ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 23) |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the parties' stipulation to continue the hearing on Plaintiffs' counsel's motion to withdraw. Docket No. 23. The parties submit that, although Plaintiffs' counsel served a copy, on August 23, 2018, of the Court's prior order setting the hearing on Plaintiffs, Plaintiff Kevin Barbarita e-mailed his counsel after business hours on September 4, 2018, to inform him that he has a conflict with the hearing as currently set. *Id*. at 1.

. . . .

. . . .

. . . .

The Court **GRANTS** the parties' stipulation. Docket No. 23. The Court **CONTINUES** the hearing on counsel's motion to **September 17, 2018, at 10:00 a.m., in Courtroom 3C**. Plaintiffs, as well as their current counsel and any newly-retained counsel, are required to appear in person. No later than September 5, 2018, Plaintiffs' current counsel shall serve them with this order and shall file a proof of service. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

DATED: September 5, 2018.

                NANCY J. KOPPE
                UNITED STATES MAGISTRATE JUDGE