# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN BARBARITA, *et al.*, | Case No.: 2:18-cv-00373-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 31) |
| BANK OF AMERICA, *et al.*, | |
| Defendant(s). | |

Pending before the Court is Defendant Equifax, Inc.'s motion for change of attorney designation. Docket No. 31. Defendant seeks to substitute Jeremy J. Thompson, Esq. in the place of Nicholas M. Wieczorek Esq., both of the law firm Clark Hill, PLLC. *Id*. The Court **GRANTS** Defendant's motion. Docket No. 31.

IT IS SO ORDERED.

Dated: January 7, 2019

NANCY J. KOPPE
United States Magistrate Judge