# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COLLEEN BARBARITA, et al.,

      Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.,

      Defendant(s).

Case No.: 2:18-cv-00373-JCM-NJK

**ORDER**

(Docket No. 35)

Pending before the court are two orders for Plaintiffs to show cause.  Docket Nos. 27, 33.  In the first, the Court ordered Plaintiffs to (1) file a notice of appearance by new counsel or a notice of their intent to proceed *pro se*; and (2) show cause why they failed to appear for a hearing on September 17, 2018.  Docket No. 27.  Plaintiffs failed to respond to that order.  In the second, the Court ordered Plaintiffs to show cause why their case should not be dismissed for violating the Court's first order to show cause and for failing to prosecute.  Docket No. 33.  Plaintiffs have filed a response.  Docket No. 35.  The Court hereby **ADMONISHES** Plaintiffs to comply with the Court's orders and the Local Rules.  The orders to show cause are otherwise hereby **DISCHARGED**.  No later than September 30, 2019, Plaintiffs must file (1) a stipulation to dismiss the instant case or (2) a status report informing the Court why settlement has not yet been finalized.

IT IS SO ORDERED.

Dated: August 29, 2019

_____
Nancy J. Koppe
United States Magistrate Judge